UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JORGE LUIS FERNANDEZ,

    Plaintiff,

v.                                            Case No: 8:14-cv-1272-T-30CM

COMMISSIONER OF SOCIAL
SECURITY and SSA,

    Defendants.

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Carol Mirando (Dkt. #21).  The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1.    The Report and Recommendation (Dkt. #21) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. The decision of the Defendant Commissioner of Social Security is AFFIRMED.

3. The Clerk is directed to enter judgment pursuant to Rule 58 in favor of the Defendant Commissioner of Social Security.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 17th day of August, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies Furnished To:
Counsel/Parties of Record

S:\Even\2014\14-cv-1272 adopt 21.docx